UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHANE M. WILKINSON                                CIVIL ACTION

VERSUS                                            NO. 20-3427

PINNACLE LODGING, LLC, *et al.*                   SECTION M (4)

## JUDGMENT

In accordance with this Court's Order & Reasons (R. Doc. 53) granting the motion for summary judgment of defendants Pinnacle Lodging, LLC, My Hospitality Services, LLC., Yogesh Patel, Laura Rosa, and Russell Block,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants DISMISSING all claims of plaintiff Shane M. Wilkinson, with prejudice.

New Orleans, Louisiana, this 3rd day of August, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE