# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANE M. WILKINSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**PINNACLE LODGING, LLC, MY HOSPITALITY SERVICES, LLC, YOGESH PATEL, LAURA ROSA, AND RUSSELL BLOCK**<br><br>**Defendant.** | **CIVIL NO. 2:20-CV-3427-BWA-KWR** |

## PLAINTIFF SHANE W. WILKINSON'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Pursuant to Fed. R. App. P. 3 and 4 *et seq.*, notice is hereby given that Shane W. Wilkinson, plaintiff in the above captioned case, hereby appeals as a matter of right to the United States Court of Appeals for the Fifth Circuit from the final judgment of the United States District Court for the Eastern District of Louisiana dismissing all of Mr. Wilkinson's claims and causes of actions against all defendants, with prejudice, in this matter (*see* R. No. 54), which was entered on August 3, 2022

This Notice of Appeal is timely filed.

Respectfully submitted:

/s/ Kevin S. Vogeltanz
Kevin S. Vogeltanz, TA (Bar #32746)
Alec W. Szczechowski (Bar #38422)
The Law Office of Kevin S. Vogeltanz, LLC
823 Carroll Street, Suite A
Mandeville, LA 70448
Telephone: (504) 275-5149
Facsimile: (504) 910-1704
Email: vogeltanz@gmail.com
Email: alec@vogeltanz.law

*Attorneys for plaintiff Shane W. Wilkinson*

## LOCAL RULE 5.4 CERTIFICATION

Pursuant to Local Rule 5.4, no certificate of service is required for this motion because all parties are electronic filers and will receive notice through the court's electronic filing system.

/s/ Kevin S. Vogeltanz

2