

**Certified as a true copy and issued as the mandate on Dec 07, 2023**

Attest: *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 5, 2023
Lyle W. Cayce
Clerk

No. 22-30556

───────────

SHANE M. WILKINSON,

*Plaintiff—Appellant*,

*versus*

PINNACLE LODGING, L.L.C.; MY HOSPITALITY SERVICES, L.L.C.; LAURA ROSA; RUSSELL BLOCK; YOGESH PATEL,

*Defendants—Appellees*.

───────────

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-3427

───────────

Before DENNIS, ENGELHARDT, and OLDHAM, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED in part as to Wilkinson's discrimination claims, AFFIRMED in part as to Wilkinson's hostile work environment claims, VACATED in part as to Wilkinson's retaliation and Louisiana Whistleblower claims, and REMANDED for further proceedings.

IT IS FURTHER ORDERED that each party to bear own costs on appeal to be taxed by the Clerk of this Court.