## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHANE M. WILKINSON** | * | **CIVIL ACTION NO.: 2:20-CV-3427** |
| **VERSUS** | * | **JUDGE: ASHE** |
| **PINNACLE LODGING, LLC, ET AL.** | * | **MAGISTRATE: ROBY** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Shane M. Wilkinson ("Wilkinson"), and on suggesting to this Honorable Court that all claims asserted by Wilkinson, individually and against Defendants, Pinnacle Lodging, LLC, My Hospitality Services, LLC, Yogesh Patel, Laura Rosa, and Russell Block (collectively "Defendants"), herein have been amicably resolved, settled, and compromised, moves this Honorable Court to dismiss with prejudice all claims asserted in this lawsuit against Defendants, Pinnacle Lodging, LLC, My Hospitality Services, LLC, Yogesh Patel, Laura Rosa, and Russell Block, each party to pay his, her, or its own costs.

Respectfully submitted:

/s/ Kevin S. Vogeltanz
Kevin S. Vogeltanz, T.A. (LA Bar #32746)
The Law Office of Kevin S. Vogeltanz, LLC
428 W. 21st Ave. / Covington, LA 70433
Email:   vogeltanz@gmail.com
Telephone:  (504) 275-5149
Facsimile:  (504) 910-1704
*Attorney for Plaintiff, Shane M. Wilkinson*

## LOCAL RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, no certificate of service is required for this motion because all parties are electronic filers and will receive notice through the court's electronic filing system.

/s/ Kevin S. Vogeltanz