UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANE M. WILKINSON | CIVIL ACTION |
| VERSUS | NO. 20-3427 |
| PINNACLE LODGING, LLC, *et al.* | SECTION M (4) |

## ORDER

Considering plaintiff Shane Wilkinson's motion to dismiss (R. Doc. 66),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the claims of Wilkinson against defendants Pinnacle Lodging, LLC, My Hospitality Services, LLC, Yogesh Patel, Laura Rosa, and Russell Block are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 19th day of December, 2023.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE